# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW CORZINE, | 3:17-cv-00052-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | May 1, 2017 |
| ADAM PAUL LAXALT, et al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Defendants' Motion to Stay Discovery (ECF No. 23). Defendants seek a stay of discovery pending resolution of their Motion to Dismiss (ECF No. 10). No timely response has been filed.

    Good cause appearing, Defendants' Motion to Stay Discovery (ECF No. 23) is **GRANTED**. Discovery is stayed pending a decision on Defendants' Motion to Dismiss (ECF No. 10).

    **IT IS SO ORDERED.**

                                      DEBRA K. KEMPI, CLERK

                                      By:     /s/
                                              Deputy Clerk