# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATTHEW CORZINE,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>ADAM LAZALT; JAMES WRIGHT;<br>NATALIE WOOD; PATRICK CONMAY;<br>and K. LOMPREY,<br><br>　　　　　　　Defendants. | Case No. 3:17-cv-00052-MMD-WGC<br><br>ORDER |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. (ECF No. 53.) This Court certifies that Plaintiff's appeal from its order denying in part his motion for preliminary injunction is not frivolous and his *in forma pauperis* should continue on appeal.

DATED THIS 14th day of August 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE