```
 1  ADAM PAUL LAXALT
       Attorney General
 2  KATHLEEN BRADY (Bar No. 11525)
       Deputy Attorney General
 3  State of Nevada
    Office of the Attorney General
 4  555 Wright Way
    Carson City, NV 89711
 5  (775) 684-4605 (phone)
    (775) 684-1601 (fax)
 6  kbrady@ag.nv.gov

 7  Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW CORZINE,<br><br>  Plaintiff,<br><br>vs.<br><br>ADAM PAUL LAXALT; JAMES WRIGHT; NATALIE WOOD; PATRICK CONMAY; AND K. LOMPREY,<br><br>  Defendants. | CASE NO. 3:17-cv-00052-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

Plaintiff MATTHEW CORZINE, appearing in proper person, and Defendants ADAM PAUL LAXALT; JAMES WRIGHT; NATALIE WOOD; PATRICK CONMAY; AND K. LOMPREY, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Kathleen Brady, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(2), that the above-captioned action should be dismissed without prejudice by order of this Court, with each party to bear his or her own attorneys' fees and costs.

DATED: 1/30/18                             DATED: 1/26/18

ADAM PAUL LAXALT
Attorney General

By: /s/
    Kathleen Brady (Bar. No. 11525)        Matthew Corzine
    Deputy Attorney General                In Proper Person
                                           331 Nebraska Ave.
                                           Henderson, NV 89015

-1-

**ORDER**

This matter comes before the Court on the parties' Stipulation for Dismissal Without Prejudice. The Court has examined the Stipulation for Dismissal Without Prejudice as agreed by the parties herein, good cause having been shown,

IT IS HEREBY ORDERED that this cause of action be dismissed without prejudice, with each party bearing its own attorneys' fees and costs.

DATED this \_\_30th\_\_ day of \_\_January\_\_, 2018.

_____
UNITED STATES DISTRICT JUDGE